

# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | CATLIN UNDERWRITING INC. | File Number | 60362882 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 02/25/1999 | State | DELAWARE |
| Agent Name | NATIONAL REGISTERED AGENTS INC | Agent Change Date | 09/21/2005 |
| Agent Street Address | 200 WEST ADAMS STREET | President Name & Address | ANDREW MCMELLIN 28 JOHNSON PLACE RYE NY 10580 |
| Agent City | CHICAGO | Secretary Name & Address | STEVEN C ADAMS 2264 DEMOCRACY DRIVE BUFORD GA 30519 |
| Agent Zip | 60606 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 02/01/2013 | For Year | 2013 |
| Assumed Name | INACTIVE - WATERLOO UNDERWRITING<br>INACTIVE - WATERLOO UNDERWRITING | | |
| Old Corp Name | 05/06/1999 - J. LINNEMAN & CO.<br>04/11/2007 - WELLINGTON UNDERWRITING INC. | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



EXHIBIT 3

http://www.ilsos.gov/corporatellc/CorporateLlcController    11/18/2013