## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CATLIN SYNDICATE 2003 AS LEAD UNDERWRITER FOR THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. SRSGLIL07069; | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 1:11-cv-01902 |
| ZURICH AMERICAN INSURANCE COMPANY, ADVANCE MECHANICAL SYSTEMS, INC., and IMPERIAL CRANE SERVICES, INC., | )<br>) Honorable Harry D. Leinenweber<br>)<br>)<br>) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO RULE OF CIVIL PROCEDURE 41(a)

Plaintiff CATLIN SYNDICATE 2003 AS LEAD UNDERWRITER FOR THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. SRSGLIL07069 ("Catlin"), by and through its attorneys, Tribler, Orpett & Meyer, P.C., moves for entry of an order dismissing of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without prejudice to plaintiff's right to re-file this action in state court. In support of this motion, plaintiff states as follows.

Defendant Zurich American Insurance Company has moved to dismiss this complaint on the ground that complete diversity of the parties is not present and, therefore, this Court lacks subject matter jurisdiction over the case. The Court granted plaintiff leave to "produce competent proof of the citizenship of the members, or 'names,' that compose the underwriting syndicates." [DN 80, p. 3]

Plaintiff is unable to provide the court with such "competent proof." Accordingly, plaintiff moves to have the case dismissed, without prejudice to it right to re-file in state court, pursuant to Federal Rule of Civil Procedure 41.

Wherefore, the plaintiff, CATLIN SYNDICATE 2003 AS LEAD UNDERWRITER FOR THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. SRSGLIL07069 moves for entry of an order dismissing this case, without prejudice to plaintiff's right to re-file the case in state court, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

s/ David E. Schroeder

Attorney for Plaintiff
David E. Schroeder, ARDC # 6187835
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
deschroeder@tribler.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of Plaintiff's Motion to Dismiss Pursuant to Rule of Civil Procedure 41(a) was served upon:

>Jennifer Ann Nielsen
>Ryan A. Hiss
>Lyman & Nielsen LLC
>1301 W 22nd St, Ste 914
>Oak Brook, IL 60523
>jnielsen@lymannielsen.com
>rhiss@lymannielsen.com
>
>Owen P. Quinn
>Richard P. Kessler
>McDonald Hopkins LLC
>300 N LaSalle St, Ste 2100
>Chicago, IL 60654
>oquinn@mcdonaldhopkins.com
>rkessler@mcdonaldhopkins.com
>
>Brian A. O'Gallagher
>Kristina Marie Beck
>Cremer Spina Shaughnessy Jansen Siegert LLC
>One N Franklin St, 10th Floor
>Chicago, IL 60606
>bogallagher@cksslaw.com
>kbeck@cksslaw.com

Service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 11th day of July, 2014, with proper postage prepaid.

>      s/ David E. Schroeder
>      _____
>      an Attorney